# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

---

DEREK MYERS,                                           Civil File No. 11-CV-2092

and

ASHLEY MYERS

      Plaintiff,

vs.                                                    **STIPULATION OF DISMISSAL WITH PREJUDICE**

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

---

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiffs Derek Myers and Ashley Myers, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                   Respectfully submitted,

Dated: <u>April 19, 2011</u>                  By: <u>/s/J. Mark Meinhardt</u>
                                                J. Mark Meinhardt
                                                4707 College Boulevard, Suite 100
                                                Leawood, KS 66211
                                                (913) 451-9797 office and (913) 451-6163 fax
                                                ATTORNEY FOR PLAINTIFF

Dated: <u>April 19, 2011</u>                  By: <u>/s/Paul M. Croker</u>
                                                Paul M. Croker, #21627
                                                Richmond M. Enochs, #05972
                                                Wallace, Saunders, Austin, Brown & Enochs
                                                10111 West 87th Street
                                                Overland Park, KS 66212
                                                (913) 888-1000 office and (913) 888-1065 fax
                                                ATTORNEY FOR DEFENDANT